CRESITOR:

Nationstar Mortgage LLC
~~&~~ &
Law Firm: Shapiro Fishman & Gache LLP
2424 North Federal Hwy, Ste. 360
Boca Raton, Fl 33431

~~▬▬▬▬▬▬▬▬~~

*Sandra Calón*

15-29217.

KC 10/28/15