UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:  **SANDRA COLON,**                                     Case No. 15-29217-RAM
                                                              Chapter 13

_____Debtor(s)   /

**DEBTOR'S CERTIFICATE OF COMPLIANCE,
MOTION FOR ISSUANCE OF DISCHARGE AND
NOTICE OF DEADLINE TO OBJECT**

**NOTICE OF TIME TO OBJECT**

**Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service of this motion shall, pursuant to Local Rules 4004-3(A)(3) and 9013-1(D), be deemed to have consented to the entry of an order of discharge.**

The debtor(s)[*], **SANDRA COLON**, in the above captioned matter certifies as follows:

1. The chapter 13 trustee has issued a Notice of Completion of Plan Payments on September 16, 2020.  The debtor is requesting the court issue a discharge in this case.

2. The debtor has completed an instructional course concerning personal financial management described in 11 U.S.C. §111 and proof of completion of the course was filed with the court on January 8, 2016.

3. Compliance with 11 U.S.C. §101(14A):

   _____  A.  The debtor has not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101(14A) either before this bankruptcy was filed or at any time after the filing of this bankruptcy,

                                                    **or**

---

[*]All further references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals, unless any information is noted as specifically applying to only one debtor.

_____ B. The debtor certifies that as of the date of this certification, the debtor has paid all amounts due under any and all domestic support obligations as defined in 11 U.S.C. §101(14A), required by a judicial or administrative order or by statute, including amounts due before, during and after this case was filed. The name and address of each holder of a domestic support obligation is as follows:

_____
_____

4. The debtor's mailing address for receipt of court notices is as follows:
[Note: Providing an updated debtor address here constitutes a change of address pursuant to Local Rule 2002-1(G). No separate Notice of Change of Address is required to be filed.

<u>20301 NE 30 Ave.</u>
<u>Apt. PH 5-314</u>
<u>Miami, FL 33180</u>

5. The name and address of the debtor's most recent employer is as follows:

_____
_____

6. The following creditors hold a claim that is not discharged under 11 U.S.C. §523(a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. §524(c):

_____
_____

7. Compliance with 11 U.S.C. §1328(h):

_____ A. The debtor has <u>not</u> claimed an exemption under §522(b)(3) in an amount in excess of $170,350* in property of the kind described in §522(q)(1) [generally the debtor's homestead];

**- or -**

---

*Amounts are subject to adjustment on 4/01/22, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.
LF-97A (rev. 4/01/19)      Page 2 of 3

      \_\_\_\_    B.    The debtor <u>has</u> claimed an exemption under §522(b)(3) in an amount in excess of $170,350* in property of the kind described in §522(q)(1) but there is no pending proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B).

8.    The debtor has not received a discharge in a case filed under chapter 7, 11, or 12 during the 4 year period preceding the filing of the instant case or in a case filed under chapter 13 during the 2 year period preceding the filing of the instant case.

I declare under penalty of perjury that the information provided in this Certificate is true and correct.

                              /s/ Sandra Colon
                              **SANDRA COLON, Debtor**

## CERTIFICATE OF SERVICE

      I certify that a true copy of Debtor's Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object was served as follow:

Dated: September 21, 2020

**By electronic mail:**

*Office of the US Trustee*
[USTPRegion21.MM.ECF@usdoj.gov](mailto:USTPRegion21.MM.ECF@usdoj.gov)

*Robin R Weiner*
[ecf@ch13weiner.com;ecf2@ch13weiner.com](mailto:ecf@ch13weiner.com)

**By Regular First Class Mail to:**

*All parties on the attached mailing list.*

                              **MARY JO RIVERO, P.A.**
                              Attorney for Debtors
                              1806 N. Flamingo Road, Suite 355
                              Pembroke Pines, FL 33028
                              (954) 704-9332
                              [ecf@maryjorivero.com](mailto:ecf@maryjorivero.com)

                              By: */s/ Mary Jo Rivero*
                                    Mary Jo Rivero
                                    FBN 0745870

\*Amounts are subject to adjustment on 4/01/22, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 15-29217-RAM<br>Southern District of Florida<br>Miami<br>Mon Sep 21 17:34:40 EDT 2020 | Nationstar Mortgage LLC<br>c/o Melbalynn Fisher, ESQ<br>Robertson, Anschutz & Schneid<br>6409 Congress Ave<br>Suite 100<br>Boca Raton, FL 33487-2853 | SN Servicing Corporation, as Servicing Agent<br>Ghidotti Berger LLP<br>c/o Chase A. Berger<br>3050 Biscayne Blvd., Suite 402<br>Miami, FL 33137-4143 |
| Villa Dorada Condominium Association, Inc.<br>Eisinger, Brown, Lewis, Frankel & Chaiet<br>Jed L. Frankel, Esq.<br>4000 Hollywood Blvd., Suite 265-S<br>Hollywood, FL 33021-6782 | Wells Fargo Bank, NA<br>BROCK & SCOTT, PLLC<br>c/o Robert Baldwin, Esq.<br>1501 NW 49th Street, Suite 200<br>Fort Lauderdale, FL 33309-3723 | American Home Mtg Srv/Homeward Residenta<br>Ahmsi / Attention: Bankruptcy<br>Po Box 631730-1730<br>Irving, TX 75063 |
| Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Barclays Bank Delaware<br>Po Box 8801<br>Wilmington, DE 19899-8801 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Citibank<br>Citicorp Credit/Centralized Bankruptcy<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Citibank / Sears<br>Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Citimortgage<br>Citimortgage Inc/Attn: Bankruptcy.<br>Po Box 6030<br>Sioux Falls, SD 57117-6030 |
| Data Central Collectio<br>2600 W Shaw Ln<br>Fresno, CA 93711-2767 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Dsnb Macys<br>Macys Bankruptcy Department<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Heritage Green Homeowners' Assoc. c/o C<br>POB 26844<br>Charlotte, NC 28221-6844 | Hon. Loretta Lynch, Atty Gen<br>Dept of Justice #4400<br>950 Pennsylvania Ave<br>Washington, DC 20530-0001 | Horack, Talley, et al.<br>2600 Wells Fargo Center<br>301 S. College Center<br>Charlotte, NC 28202-0905 |
| Internal Rev Svc<br>POB 7346<br>Philadelphia, PA 19101-7346 | Ivette E. Arroto- Becker<br>10527 Meadow Crossing Lane<br>Cornelius, NC 28031-8440 | Jared/Sterling Jewelers<br>Po Box 1799<br>Attn: Bankruptcy<br>Akron, OH 44309-1799 |
| Luisa Arroyo<br>20301 NW 30 Ave., Apt. 314-5<br>Aventura, FL 33180 | MTGLQ Investors, L.P.<br>c/o Selene Finance, LP<br>Attn: Cash Dept.<br>9990 Richmond Ave. Suite 400 South<br>Houston, TX 77042-4546 | Nationstar Mortgage LLC<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 |
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Nationstar Mortgage LLC<br>Shapiro Fishman & Gache LLP<br>2424 North Federal Hwy #360<br>Boca Raton FL 33431-7701 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Shapiro, Fishman, and Gache, LLP<br>2424 N. Federal Highway, Suite 360<br>Boca Raton, FL 33431-7701 | Syncb/brandsmart<br>C/o P.o. Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank/ HH Gregg<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |

| | | |
|---|---|---|
| U.S. Bank Trust National Association, as Tru<br>C/O SN Servicing Corp.<br>323 5th Street<br>Eureka, CA 95501-0305 | Villa Dorada Condominium<br>20250 W Country Club Drive<br>Aventura, FL 33180-1608 | Volkswagon Credit Inc<br>National Bankruptcy Services<br>9441 Lbj Freeway, Suite 250<br>Dallas, TX 75243-4640 |
| Wells Fargo Home Mortgage<br>Written Correspondence Resolutions<br>Mac # X 2302-04e Po Box 10335<br>Des Moines, IA 50306-0335 | Wilfredo A Ferrer<br>US Attorney<br>99 NE 4 St<br>Miami, FL 33132-2131 | Xcel Federal Cr Un<br>1460 Broad St<br>Bloomfield, NJ 07003-3014 |
| Mary Jo Rivero<br>1806 N Flamingo Rd #355<br>Pembroke Pines, FL 33028-1041 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Sandra Colon<br>20301 NE 30 Ave #314<br>Aventura, FL 33180-1517 |
| Stacy H Bressler<br>Law Office of Stacy Bressler<br>8201 Peters Road, Suite 1000<br>Plantation, FL 33324-3266 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase Mtg<br>Po Box 24696<br>Columbus, OH 43224 | Nationstar Mortgage LLC<br>P.O. Box 619096<br>Dallas TX 75261-9741 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)MTGLQ Investors, L.P. | (u)Nationstar Mortgage LLC | (u)U.S. Bank Trust National Association as Tr |
| (u)Miami | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     4<br>Total                   43 | |