United States Bankruptcy Court
Southern District of Florida

In re:                                                                                                    Case No. 15-29217-RAM
Sandra Colon                                                                                         Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 113C-1             User: oriol-ben             Page 1 of 3
Date Rcvd: Oct 16, 2020             Form ID: 3180W             Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra Colon, 20301 NE 30 Ave #314, Aventura, FL 33180-1517 |
| cr | + | Nationstar Mortgage LLC, c/o Melbalynn Fisher, ESQ, Robertson, Anschutz & Schneid, 6409 Congress Ave, Suite 100 Boca Raton, FL 33487-2853 |
| cr | #+ | SN Servicing Corporation, as Servicing Agent for U, Ghidotti Berger LLP, c/o Chase A. Berger, 3050 Biscayne Blvd., Suite 402, Miami, FL 33137-4143 |
| md | + | Stacy H Bressler, Law Office of Stacy Bressler, 8201 Peters Road, Suite 1000, Plantation, FL 33324-3266 |
| cr | + | Villa Dorada Condominium Association, Inc., Eisinger, Brown, Lewis, Frankel & Chaiet, Jed L. Frankel, Esq., 4000 Hollywood Blvd., Suite 265-S, Hollywood, FL 33021-6782 |
| cr | + | Wells Fargo Bank, NA, BROCK & SCOTT, PLLC, c/o Robert Baldwin, Esq., 1501 NW 49th Street, Suite 200, Fort Lauderdale, FL 33309-3723 |
| 93366691 | | American Home Mtg Srv/Homeward Residenta, Ahmsi / Attention: Bankruptcy, Po Box 631730-1730, Irving, TX 75063 |
| 93366700 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, Macys Bankruptcy Department, Po Box 8053, Mason, OH 45040 |
| 93366701 | + | Heritage Green Homeowners' Assoc. c/o Cedar Manage, POB 26844, Charlotte, NC 28221-6844 |
| 93366690 | | Hon. Loretta Lynch, Atty Gen, Dept of Justice #4400, 950 Pennsylvania Ave, Washington, DC 20530-0001 |
| 93366702 | + | Horack, Talley, et al., 2600 Wells Fargo Center, 301 S. College Center, Charlotte, NC 28202-0905 |
| 93366703 | + | Ivette E. Arroto- Becker, 10527 Meadow Crossing Lane, Cornelius, NC 28031-8440 |
| 93366704 | + | Jared/Sterling Jewelers, Po Box 1799, Attn: Bankruptcy, Akron, OH 44309-1799 |
| 93366705 | | Luisa Arroyo, 20301 NW 30 Ave., Apt. 314-5, Aventura, FL 33180 |
| 93472354 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas TX 75261-9741 |
| 93286307 | + | Nationstar Mortgage LLC, Shapiro Fishman & Gache LLP, 2424 North Federal Hwy #360, Boca Raton FL 33431-7701 |
| 93366706 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 93366707 | + | Shapiro, Fishman, and Gache, LLP, 2424 N. Federal Highway, Suite 360, Boca Raton, FL 33431-7701 |
| 93366710 | + | Villa Dorada Condominium, 20250 W Country Club Drive, Aventura, FL 33180-1608 |
| 93366689 | + | Wilfredo A Ferrer, US Attorney, 99 NE 4 St, Miami, FL 33132-2131 |
| 93366713 | + | Xcel Federal Cr Un, 1460 Broad St, Bloomfield, NJ 07003-3014 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Oct 17 2020 03:18:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallhassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Oct 16 2020 23:47:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 93366692 | + | EDI: BANKAMER.COM | Oct 17 2020 03:18:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 93366693 | + | EDI: TSYS2.COM | Oct 17 2020 03:18:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 93366696 | + | EDI: CITICORP.COM | Oct 17 2020 03:18:00 | Citibank, Citicorp Credit/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |

| District/off: 113C-1 | User: oriol-ben | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: 3180W | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 93366697 | + | EDI: CITICORP.COM | Oct 17 2020 03:18:00 | Citibank / Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 93366698 | + | EDI: CITICORP.COM | Oct 17 2020 03:18:00 | Citimortgage, Citimortgage Inc/Attn: Bankruptcy., Po Box 6030, Sioux Falls, SD 57117-6030 |
| 93366699 | + | Email/Text: kathleen@datacentral.com | Oct 16 2020 23:47:00 | Data Central Collectio, 2600 W Shaw Ln, Fresno, CA 93711-2767 |
| 93468392 | | EDI: Q3G.COM | Oct 17 2020 03:18:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 93366686 | | EDI: IRS.COM | Oct 17 2020 03:18:00 | Internal Rev Svc, POB 7346, Philadelphia, PA 19101-7346 |
| 93366694 | | EDI: JPMORGANCHASE | Oct 17 2020 03:18:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 93366695 | | EDI: JPMORGANCHASE | Oct 17 2020 03:18:00 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 94070227 | + | Email/Text: bkteam@selenefinance.com | Oct 16 2020 23:46:00 | MTGLQ Investors, L.P., c/o Selene Finance, LP, Attn: Cash Dept., 9990 Richmond Ave. Suite 400 South, Houston, TX 77042-4546 |
| 93366708 | + | EDI: RMSC.COM | Oct 17 2020 03:18:00 | Syncb/brandsmart, C/o P.o. Box 965036, Orlando, FL 32896-0001 |
| 93366709 | + | EDI: RMSC.COM | Oct 17 2020 03:18:00 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 94694614 | + | Email/Text: bknotices@snsc.com | Oct 16 2020 23:49:00 | U.S. Bank Trust National Association, as Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 93366711 | + | Email/Text: vci.bkcy@vwcredit.com | Oct 16 2020 23:48:00 | Volkswagon Credit Inc, National Bankruptcy Services, 9441 Lbj Freeway, Suite 250, Dallas, TX 75243-4640 |
| 93366712 | + | EDI: WFFC.COM | Oct 17 2020 03:18:00 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, Mac # X 2302-04e Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 93366687 | * | Internal Rev Svc, POB 7346, Philadelphia, PA 19101-7346 |
| 93366688 | * | Internal Rev Svc, POB 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2020              Signature:        /s/Joseph Speetjens

Case 15-29217-RAM    Doc 116    Filed 10/18/20    Page 3 of 5

| District/off: 113C-1 | User: oriol-ben | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 16, 2020 | Form ID: 3180W | Total Noticed: 39 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Chase A Berger | on behalf of Creditor SN Servicing Corporation as Servicing Agent for U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust bknotifications@ghidottiberger.com, gbadmin@ecf.courtdrive.com;rbecker@ghidottiberger.com |
| Jed L Frankel | on behalf of Creditor Villa Dorada Condominium Association Inc. jfrankel@eisingerlaw.com, sorta@eisingerlaw.com |
| Mary Jo Rivero | on behalf of Debtor Sandra Colon ecf@maryjorivero.com ng@maryjorivero.com;cm@maryjorivero.com |
| Melbalynn Fisher | on behalf of Creditor Nationstar Mortgage LLC mfisher@ghidottiberger.com |
| Michelle R Ghidotti-Gonzalez | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust ECFNotifications@ghidottilaw.com |
| Nancy K. Neidich | e2c8f01@ch13miami.com ecf2@ch13miami.com |
| Neisi I Garcia Ramirez | on behalf of Creditor Wells Fargo Bank NA FloridaBKLegal@brockandscott.com, FLBKECF@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Steven G. Powrozek, Esq. | on behalf of Creditor MTGLQ Investors L.P. spowrozek@logs.com, electronicbankruptcynotices@logs.com |
| Steven G. Powrozek, Esq. | on behalf of Creditor Nationstar Mortgage LLC spowrozek@logs.com electronicbankruptcynotices@logs.com |

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Sandra Colon** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3091 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Southern District of Florida** | | |
| Case number:    **15–29217–RAM** | | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   **Sandra Colon**

October 16, 2020                                                                                 **By the court:**    _signature_

                                                                                                                          **Robert A Mark**
                                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                                                                                                **For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**