CGFD28 (10/01/16)



**ORDERED in the Southern District of Florida on January 13, 2021**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 15–29217–RAM**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Sandra Colon
20301 NE 30 Ave #314
Aventura, FL 33180

SSN: xxx–xx–3091

## FINAL DECREE

The trustee, Nancy K. Neidich, having filed a final report that the estate has been fully administered, is discharged and the case is closed.